■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENARD SMITH, Appellant. [925 NYS2d 335]—Appeal by the defendant from an order of the Supreme Court, Kings County (Marrus, J.), dated June 26, 2009, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the Supreme Court's determination to designate the defendant a level three sex offender (*see People v Fisher*, 36 AD3d 880 [2007];

*People v Inghilleri*, 21 AD3d 404 [2005]; *People v Guaman*, 8 AD3d 545 [2004]). There is no merit to the defendant's contention that he was entitled to a downward departure from this risk level (*see People v Fareira*, 80 AD3d 589 [2011]; *People v Burgess*, 80 AD3d 589 [2011]; *People v Gonzalez*, 48 AD3d 284 [2008]; *People v Warren*, 42 AD3d 593 [2007]; *People v Fortin*, 29 AD3d 765 [2006]; *see also People v Iorio*, 74 AD3d 1306 [2010]; *People v Miller*, 48 AD3d 774 [2008]). Dillon, J.P., Balkin, Belen and Sgroi, JJ., concur.